# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| BOBBY JAMES ROSS | § | |
| Debtor(s) | § | Case No. 18-40881 |

## AGREED ORDER GRANTING MOTION FOR AUTHORITY TO DISTRIBUTE EXCESS PROCEEDS

Before the Court is MidFirst Bank's ("Movant") Motion for Authority to Distribute Excess Proceeds (the "Motion"), in the above-styled and numbered case.

The Motion asserts that excess foreclosure proceeds from an appropriately conducted foreclosure sale on the described property are ready to be disbursed:

> LOT 20R, BLOCK 4, OF BROWNING HEIGHTS NORTH ADDITION,SECTION ONE, AN ADDITION TO THE CITY OF WATAUGA, TARRANT COUNTY,TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 388-27, PAGE 551, OF THE PLAT RECORDS OF TARRANT COUNTY, TEXAS. TXID: 00348236.

Otherwise known as 5941 Lalagray Ln, Watauga, TX 76148

It appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion as set forth therein is sufficient under the circumstances, and that no other or further notice need be provided; and it further appearing that the relief requested in the Motion to the extent granted herein is in the best interests of the Debtor and his estate and creditors; and based upon the announcement and stipulations of the parties, finds that the following agreement should be granted, it is therefore, it is hereby **ORDERED:**

Upon entry of this Order, the excess proceeds from the foreclosure sale shall be turned over to the Chapter 13 Trustee with a reservation of the issue as to how much of the funds the Debtor is entitled to.

19-000100-365-2

This Order shall be considered an interim order until fourteen (14) days after the date of entry hereof. If no objections are filed to this Order within such 14 day period, this Order shall become a final order without any further order by the Court.

IT IS SO ORDERED

Signed on 9/20/2019

*Brenda T. Rhoades*    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

#### END OF ORDER ####

19-000100-365-2

Approved:

*/s/ Nicholas Inman* (with permission)
_____
Weldon Reed Allmand
Allmand Law Firm, PLLC
860 Airport Freeway, Suite 401
Hurst, TX 76054
214-265-0123
Fax: 214-265-1979
Email: dallasecf@allmandlaw.com

*/s/ Stephen Wu*
_____
Stephen Wu
State Bar No.: 24042396
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254
Telephone: (214) 635-2650
Facsimile: (214) 635-2686



*/s/ Carey Ebert* (with permission)
_____
Carey D. Ebert
Chapter 13 Trustee




19-000100-365-2

```
                               United States Bankruptcy Court
                                  Eastern District of Texas
In re:                                                                            Case No. 18-40881-btr
Bobby James Ross                                                                  Chapter 13
         Debtor                       CERTIFICATE OF NOTICE
District/off: 0540-4           User: shannonk                Page 1 of 2                   Date Rcvd: Sep 20, 2019
                               Form ID: pdf400               Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2019.
db             #+Bobby James Ross,    5941 Lalagray Ln.,    Watauga, TX 76148-3445
7491690         AMCOL Systems, Inc.,    111 Lancewood Rd.,    Columbia, SC 29210-7523
7491688        +Ad Astra Recovery Service,    7330 W 33rd Street N Suite 118,    Wichita, KS 67205-9370
7491689        +Allmand Law Firm, PLLC,    860 Airport Freeway, Suite 401,   Hurst, TX 76054-3264
7491693        +Convergent Outsourcing,    800 SW 39th St,    Renton, WA 98057-4927
7491696         Fraud Protection Unit,    Texs Workforce Commission,   Revenue & Trust Management,
                 PO Box 149352,    Austin, TX 78714-9352
7491697         Green Mountain,    P.O. Box 42349,    Austin, TX 78704-0040
7491698         Gregony Fell,    3021 Est Renner Road,    Richardson, TX 75082
7491702        +John & Sara Sun,    3446 County Rd 1055,    Farmersville, TX 75442-7166
7491703        +Rassie & Daisy Barker,    516 N. Main St.,    Farmersville, TX 75442-1610
7491711        +US Attorney General,    US Department of Justice,    950 Pennsylvania Ave, NW,
                 Washington, DC 20530-0009
7491708         United States Attorney General,    Main Justice Building, Rm 5111,    10th & Constitution Ave,
                 NW Washington D.C. 50230
7491709         United States Attorney's Office,    110 North College Avenue, Suite 700,
                 Tyler, Texas 75702-0204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/Text: ridpacer@twc.state.tx.us Sep 21 2019 02:55:18     Texas Workforce Commission,
                 Regulatory Integrity Division - SAU,    101 E 15th Street Room 556,    Austin, TX  78778-0001,
                 U.S.A. 78778-0001
7491691        +E-mail/Text: g17768@att.com Sep 21 2019 02:54:28      AT&T,   P.O. Box 5014,
                 Carol Stream, IL 60197-5014
7525469         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 21 2019 02:48:35
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
7491692        +E-mail/Text: tiffany@commercialtrade.com Sep 21 2019 02:55:32     Commercial Trade Bureau,
                 PO BOX 10389,    Bakersfield, CA 93389-0389
7491694        +E-mail/Text: CSIBKR@CREDITSYSTEMSINTL.COM Sep 21 2019 02:55:24     Credit Systems Intl Inc.,
                 Attn: Officer or Managing Agent,    1277 County Club Ln,   Fort Worth, TX 76112-2304
7491695         E-mail/Text: bknotice@ercbpo.com Sep 21 2019 02:55:03     Enhanced Recovery Co L,
                 8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
7491699         E-mail/Text: cio.bncmail@irs.gov Sep 21 2019 02:54:36     Internal Revenue Service,
                 Centralized Insolvency Operations,    Attn: Officer or Managing Agent,   PO Box 7346,
                 Philadelphia, PA 19101-7346
7491705         E-mail/Text: ridpacer@twc.state.tx.us Sep 21 2019 02:55:18     Texas Workforce Commission,
                 Regulatory Integrity Division - SAU,    101 E. 15th Street, Room 556,    Austin, TX 78778-0001
7491706        +E-mail/Text: jim@thelocalfcu.com Sep 21 2019 02:55:22     The Local Federal Credit Union,
                 8787 N. Stemmons Freeway,    Suite 185,   Dallas, TX 75247-3721
7491707         E-mail/Text: brooke.lewis@usdoj.gov Sep 21 2019 02:55:16     United States Attorney - NORTH,
                 3rd Floor, 1100 Commerce St.,    Dallas, TX 75242
7491710         E-mail/Text: ustpregion06.ty.ecf@usdoj.gov Sep 21 2019 02:54:50
                 United States Trustee's Office,    110 North College Avenue, Suite 300,
                 Tyler, Texas 75702-7231
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              MidFirst Bank
7491700*        Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
7495827*        TEXAS WORKFORCE COMMISSION,    Regulatory Integrity Division - SAU,
                 101 E. 15th Street, Room 556,    Austin, TX  78778-0001
7491701       ##+Jennifer Lyn Ross,    407 Sherry Ln,   Farmersville, TX 75442-1537
7491704       ##+Speedy Cash,    4726 Texoma Pkwy.,   Denison, TX 75020-8101
                                                                                   TOTALS: 1, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0540-4          User: shannonk              Page 2 of 2              Date Rcvd: Sep 20, 2019
                              Form ID: pdf400             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2019 at the address(es) listed below:
          Carey D. Ebert    on behalf of Trustee Carey D. Ebert, ECFch13plano@ch13plano.com
          Carey D. Ebert,     ECFch13plano@ch13plano.com
          Justin Harriss King    on behalf of Debtor Bobby James Ross lallmand@allmandlaw.com,
           ign@allmandlaw.com;clerk@allmandlaw.com;dallasecf@allmandlaw.com;dgaines@allmandlaw.com
          Michael   Zientz    on behalf of Creditor    MidFirst Bank txed@mwzmlaw.com
          Stephen   Wu    on behalf of Creditor    MidFirst Bank swu@mwzmlaw.com,   txed@mwzmlaw.com
          US Trustee    USTPRegion06.TY.ECF@USDOJ.GOV
          Weldon Reed Allmand    on behalf of Debtor Bobby James Ross dallasecf@allmandlaw.com,
           ign@allmandlaw.com;clerk@allmandlaw.com;r62733@notify.bestcase.com;dgaines@allmandlaw.com;lallman
           d@allmandlaw.com
                                                                                             TOTAL: 7
```